*Tuesday, December 27, 1994*
## MISCELLANEOUS DISMISSALS

**94–2143.** State ex rel. Burket v. Indus. Comm. *Franklin County*, No. 93APD10–1367. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. On November 30, 1994, a joint stipulation for extension of time for filing appellant's brief was filed giving appellant until December 20, 1994, to file a merit brief. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**94–2291.** State v. Hamilton. *Clark County*, No. 2882. This cause is pending before the court as an appeal from the Court of Appeals for Clark County. Appellant's brief or notice of adoption of memorandum in support of jurisdiction as merit brief was due November 28, 1994. It appears from the records of this court that appellant has not filed a merit brief or notice of adoption in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

**94–2323.** State ex rel. Hill v. Crush. *Hamilton County*, No. C–940639. This cause is pending before the court as an appeal from the Court of Appeals for Hamilton County. Appellant's merit brief was due December 19, 1994. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*

*Thursday, December 29, 1994*
## MOTION DOCKET

**94–1640.** Regetz v. Cleveland Civ. Serv. Comm. *Cuyahoga County*, No. 65596. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. Upon consideration of appellants' motion for injunctive relief,

IT IS ORDERED by the court that the motion for injunctive relief be, and the same is hereby, denied, effective December 28, 1994.

## RECONSIDERATION DOCKET

**94–1671.** Smith v. Cosco Ind. *Hamilton County*, No. C–940289. Reported at 71 Ohio St.3d 1422, 642 N.E.2d 388. On motion for reconsideration. Motion denied.

**94–1672.** Smith v. Serv–A–Portion, Inc. *Hamilton County*, No. C–940199. Reported at 71 Ohio St.3d 1422, 642 N.E.2d 388. On motion for reconsideration. Motion denied.

**94–1870.** Scarnati v. Ohio Dept. of Mental Health. *Franklin County*, No. 94API01–102. Reported at 71 Ohio St.3d 1421, 642 N.E.2d 386. On motion for reconsideration. Motion denied.

**94–1895.** May v. Ohio Dept. of Hwy. Safety, Bur. of Motor Vehicles. *Franklin County*, No. 93APH12–1652. Reported at 71 Ohio St.3d 1421, 642 N.E.2d 386. On motion for reconsideration. Motion denied.

**94–1959.** State v. Smotherman. *Wood County*, No. 93WD082. Reported at 71 Ohio St.3d 1427, 642 N.E.2d 635. On motion for reconsideration. Motion denied.